1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| SHAWNA ARNESON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED HUTCHINSON CANCER CENTER,<br><br>Defendant. | Case No. 24-cv-00033<br><br>**DEFENDANT'S NOTICE OF RELATED CASES [LCR 3(G)]** |

Pursuant to LCR 3(g) and the Order Grating Joint Motion to Consolidate Case in *John Doe, et al. v. Fred Hutchinson Cancer Center, et al.*, Case No. 2:23-cv-01893-MLP, Dkt. #13, Defendant Fred Hutchinson Cancer Center hereby identifies the following as related cases on the grounds that the actions involve substantially similar facts, overlapping classes, call for determination of the same or substantially related or similar questions of law and fact, and/or would result in substantial duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

*John Doe, et al. v. Fred Hutchinson Cancer Center, et al.*, Case No. 2:23-cv-01893-JHC (lead case);

*Robert Ayers v. Fred Hutchinson Cancer Center*, Case No. 2:23-cv-01916- JHC;

*Jonathan Hunter v. Fred Hutchinson Cancer Center,* Case No. 2:23-cv-01988- JHC;

*Gary Holz, et al. v. Fred Hutchinson Cancer Center,* Case No. 2:23-cv-01988- JHC;

*Phyllis Ristvet, et al. v. Fred Hutchinson Cancer Center,* Case No. 2:24-cv-00019;

*Debbie Beach, et al. v. Fred Hutchinson Cancer Center, et al.,* Case No. 23-2-24597-1, removed from the King County Superior Court;

*Arlene Rappaport Reed v. Fred Hutchinson Cancer Center,* Case No. 23-2-24737-0, removed from the King County Superior Court;

*Stephanie Aleshire v. Fred Hutchinson Cancer Center, et al.,* Case No. 23-2-24742-6, removed from the King County Superior Court; and

*Alexander Irvine, et al. v. Fred Hutchinson Cancer Center, et al.,* Case No. 23-2-24438-9, removed from the King County Superior Court.

//

//

//

//

//

//

| | |
|---|---|
| Dated: January 9, 2024 | Respectfully submitted,<br><br>**BAKER & HOSTETLER LLP**<br><br>*/s/ Paul Bruene*<br>Paul Bruene, WSBA # 52727<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4076<br>T: (206) 332-1380<br>F: (206) 624-7317<br>E: pbruene@bakerlaw.com<br><br>***Attorney for Defendant***<br>***Fred Hutchinson Cancer Center*** |

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for plaintiff.

    Kim D. Stephens
    Cecily C. Jordan
    TOUSLEY BRAIN STEPHENS PLLC
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101
    T:206--082-5600
    F: 206-682-2992
    kstephens@tousley.com
    cjordan@tousley.com

                                      */s/ Paul Bruene*
                                      Paul Bruene